GRISSOM v. DEPT. OF REVENUE

No. 105 PC.

Case below: 34 N.C. App. 381.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 24 January 1978. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 24 January 1978.

PHILLIPS v. PHILLIPS

No. 114 PC.

No. 48 (Spring Term).

Case below: 34 N.C. App. 428.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 24 January 1978.

POOLE v. HANOVER BROOK, INC.

No. 120 PC.

Case below: 34 N.C. App. 550.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978. Motion of plaintiffs to dismiss appeal for lack of substantial constitutional question allowed 24 January 1978.

STATE v. BLAND

No. 92 PC.

Case below: 34 N.C. App. 384.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.

STATE v. CARPENTER

No. 4 PC.

Case below: 34 N.C. App. 742.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.